## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR368 |
| vs. | ) | |
| | ) | ORDER |
| SILVESTRE SANCHEZ-GARCIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

This matter is before the court on government's Motion to Revoke Order of Release [35] and defendant's WAIVER OF RELEASE AND CONSENT TO DETENTION [37]. I find the waiver be accepted and the motion granted.

**IT IS ORDERED:**

1. Defendant's MOTION to Revoke Order of Release [35] is granted. The previously scheduled hearing set for December 4, 2009 is cancelled.

2. The Order Setting Conditions of Release [34] dated November 18, 2009 is hereby revoked.

3. Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that: 1) The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and 2) The defendant be afforded reasonable opportunity for private consultation with counsel; and 3) That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 4th day of December, 2009.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**