IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:09CR368 |
| RUBEN TORRES, | ) | |
| CONNIE FLORES SANCHEZ and | ) | ORDER |
| SILVESTRE SANCHEZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

As discussed during the arraignment of defendant, Ruben Torres, on the Superseding Indictment (*see* Minute Entry #56),

**IT IS ORDERED** that the jury trial now set for February 9, 2010 is cancelled and will be rescheduled by further order in accordance with the Speedy Trial Act.

**DATED** January 4, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**