IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR368 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ARIEL SANCHEZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

      UPON THE ORAL MOTION OF THE DEFENDANT,

      IT IS ORDERED that the Change of Plea hearing is continued to **May 10, 2010 at 3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

      For this defendant, the time between **April 22, 2010** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

      Since this is a criminal case, the defendant must be present, unless excused by the Court.

      DATED this 22nd day of April, 2010.

                                  BY THE COURT:

                                  s/ F.A. Gossett
                                  United States Magistrate Judge