IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO.  8:09CR368** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| **ARIEL SANCHEZ-GARCIA,** ) | |
| ) | |
| **Defendant.** ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1.The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 131);

2.The Court summarily dismisses the Defendant's § 2255 motion; and

3.The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 13th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge